■ R. GERALDINE RYAN, Appellant, v HAROLD BLANEY et al., Respondents.—In an action for specific performance of a contract for the sale of real property, the plaintiff purchaser appeals from an order of the Supreme Court, Nassau County (Samenga, J.), dated December 9, 1985, which denied her motion for summary judgment.

Orfered that the order is affirmed, with costs.

The record reveals triable issues of fact which preclude the granting of summary judgment. Mollen, P. J., Bracken, Niehoff and Lawrence, JJ., concur.